Law Offices of
# Neil Moldovan, P.C.

---

*REPLY TO:*
One Old Country Rd., Suite 270
Carle Place, New York 11514

**NEIL MOLDOVAN**

ELLEN ZWEIG

Tel   516-294-3300
Fax  516-294-4019

---

*Service by fax not accepted*

July 13, 2010

United States District Court
Eastern District of New York
100 Federal Plaza, Room 924
Central Islip, NY 11722

**Attn: Judge Joseph F. Bianco**

      Re:    **Ignacio Romero, et.al. v. Singh Hospitality Group, Inc., et. al.**
                **Case #: 2:10-CV-00515-JFB-WDW**

Honorable Judge Bianco:

      Pursuant to your Order dated June 23, 2010, I am writing to advise you of the status in the above captioned case.  As you are aware, this matter involves a group of restaurant workers who were improperly denied overtime compensation in violation of the Fair Labor Standards Act.

      At the first scheduling conference, the parties advised Justice William Wall that we were close to a settlement of this matter.  We were awaiting documentation regarding time records for all of  the employees involved in this case.

      At this juncture, we are still awaiting full documentation regarding one of the employees and a resolution of the matter of attorneys fees.

Law Offices of
Neil Moldovan, P.C.

        Over the past week, counsel for defendant was away on vacation, so a full settlement of the matter could not be reached. I anticipate being away next week for summer vacation.  I am hopeful that the matter can be resolved upon my return.

        Thank you for your attention to this matter.

                    Sincerely,
                    LAW OFFICES OF NEIL MOLDOVAN, P.C.

                    Ellen Zweig, Esq.
                    (EZ 9598)

EZ/ik

cc: La Russo & Conway
    (Via fax and regular mail)