UNITED STATES DISTRICT COURT
Eastern District of New York

_____ x

IGNACIO ROMERO, EDWIN AREVALO
and ALFONSO ARROYO PERRA,

                            Plaintiffs,

         -against-

SINGH HOSPITALITY GROUP, INC., RAJ
& RAJ REALTY, LTD., UNITED SERVICE
ASSOCIATES, INC., S.R.B CONVENTION
& CATERING CORP., R.B.S RESTAURANT
INC., B.R.S RESTAURANT INC., S.R.B
CONCESSIONS INC. and H & R
CONVENTION & CATERING CORP.

                          Defendant (s).

_____ x

**STIPULATION DISCONTINUING ACTION WITH PREJUDICE**

*Civil Action No.: CV10-0515*

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: Carle Place, New York
       February 2, 2011

_____
LARUSSO & CONWAY, LLP
Attorney for Defendant(s)
300 Old Country Road, Suite 341
Mineola, NY 11501

_____
LAW OFFICES OF NEIL MOLDOVAN, P.C.
By: Ellen Zweig
Attorney for Plaintiff(s)
One Old Country Road; Suite 270
Carle Place, NY 11514